**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**JEREMY K. MAIRIDITH** **MOVANT**

**v.** **No. 1:19CR96-MPM-DAS**

**UNITED STATES OF AMERICA** **RESPONDENT**

**JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the Movant's claims in Grounds 1 through 7 of his motion [575] to vacate, set aside, or correct sentence are **DENIED**. By separate order, the court will set an evidentiary hearing to decide Mairidith's claim in Ground 8 that counsel failed to file a timely notice of appeal when requested.

**SO ORDERED**, this, the 30th day of September, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI